DEFENDANT:         ALEJANDRO BLANCO-CABALLERO

AGE/YOB:           1978

COMPLAINT          ___X___ Yes       _____ No
FILED?

If Yes, MAGISTRATE CASE NUMBER  22-mj-00054-NYW

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _X_ Yes      __ No

OFFENSE(S):        **Count 1:** Title 21, United States Code, Sections 841(a)(1),
                   (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
                   distribute and possess with the intent to distribute various amounts
                   of a mixture and substance containing a detectable amount of
                   cocaine, a Schedule II Controlled Substance

                   **Counts 4, 14, 15, 16, 17, 19, 36, 37, 48:**  Title 21 U.S.C. § 843(b)
                   and (d); Use of a Communication Facility in Connection with Drug
                   Trafficking

                   **Counts 18, 21, 31, 50:**  21 U.S.C. §§ 841(a)(1) and
                   841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the
                   Intent to Distribute 5 kilograms or more of a mixture or substance
                   containing a detectable amount of cocaine, a Schedule II Controlled
                   Substance and Aiding and Abetting the Same

                   **Count 5:**  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C.
                   § 2; Distribution and Possession with the Intent to Distribute 500
                   grams and more of a mixture and substance containing a detectable
                   amount of cocaine, a Schedule II Controlled Substance and Aiding
                   and Abetting the Same

                   **Counts 22 and 38:**  Title 18, United States Code, Sections
                   1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to
                   transport or transfer funds from a place within the United States to
                   or through a place outside the United States, with the intent to
                   promote the carrying on of specified unlawful activity, specifically
                   conspiracy to distribute and possess with the intent to distribute
                   cocaine

LOCATION OF        Denver County; Denver, Colorado
OFFENSE:

PENALTY:

**Count 1**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Counts 4, 14, 15, 16, 17, 19, 36, 37, 48**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

**Count 5**
NLT 5 years
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

**Counts 17, 20, 31, 48**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Counts 22 and 38**
NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

AGENT:    Michael Gutke
          Special Agent, Drug Enforcement Administration

AUTHORIZED    Stephanie Podolak
BY:           Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)
The statutory presumption of detention is applicable to this defendant.