DEFENDANT:          OMAR FELIX-MORENO

AGE/YOB:            1987

COMPLAINT          _____ Yes        _____ No
FILED?

                   If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __ Yes    __ No

OFFENSE(S):    **Count 1:** Title 21, United States Code, Sections 841(a)(1),
              (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
              distribute and possess with the intent to distribute various amounts
              of a mixture and substance containing a detectable amount of
              cocaine, a Schedule II Controlled Substance

              **Count 6:**  Title 21 U.S.C. § 843(b) and (d); Use of a Communication
              Facility in Connection with Drug Trafficking

              **Count 7:**  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C.
              § 2; Distribution and Possession with the Intent to Distribute 500
              grams and more of a mixture and substance containing a detectable
              amount of cocaine, a Schedule II Controlled Substance and Aiding
              and Abetting the Same

LOCATION OF    Denver County; Denver, Colorado
OFFENSE:

PENALTY:       **Count 1**
              NLT 5 years,
              NMT 40 years imprisonment
              At least 4 years Supervised Release
              $5,000,000 fine
              $100 Special Assessment

              **Count 6**
              NMT 4 years in prison
              NMT 1-year of supervised release
              NMT $250,000.00 fine
              $100 Special Assessment

**<u>Count 7</u>**
NLT 5 years
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

<u>AGENT:</u>          Michael Gutke
                Special Agent, Drug Enforcement Administration

<u>AUTHORIZED</u>     Stephanie Podolak
<u>BY:</u>             Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

___ five days or less;  _X__ over five days

<u>THE GOVERNMENT</u>

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.