DEFENDANT:   FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
        a.k.a. "UM-9901,"

AGE/YOB:    Unknown

COMPLAINT   _____ Yes  ___X____ No
FILED?

        If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes __ No

OFFENSE(S):   **Count 1:** Title 21, United States Code, Sections 841(a)(1),
        (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
        distribute and possess with the intent to distribute various amounts
        of a mixture and substance containing a detectable amount of
        cocaine, a Schedule II Controlled Substance

        **Count 14:**  Title 21 U.S.C. § 843(b) and (d); Use of a
        Communication Facility in Connection with Drug Trafficking

        **Count 18:**
        NLT 10 years,
        NMT life imprisonment
        At least 5 years Supervised Release
        $10,000,000 fine
        $100 Special Assessment

LOCATION OF   Denver County; Denver, Colorado
OFFENSE:

PENALTY:    **Count 1**
        NLT 10 years,
        NMT life imprisonment
        At least 5 years Supervised Release
        $10,000,000 fine
        $100 Special Assessment

        **Count 14**
        NMT 4 years in prison
        NMT 1-year of supervised release
        NMT $250,000.00 fine
        $100 Special Assessment

AGENT:     Michael Gutke
        Special Agent, Drug Enforcement Administration

AUTHORIZED          Stephanie Podolak
BY:                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT
 X  will seek detention in this case based on 18 U.S.C. § 3142(f)
The statutory presumption of detention is applicable to this defendant.