DEFENDANT:        ARTURO SALAZAR-SOTO

AGE/YOB:          1985

COMPLAINT         _____ Yes      ___X___ No
FILED?
                  If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   __ No

OFFENSE(S):       **Count 1:** Title 21, United States Code, Sections 841(a)(1),
                  (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
                  distribute and possess with the intent to distribute various amounts
                  of a mixture and substance containing a detectable amount of
                  cocaine, a Schedule II Controlled Substance

                  **Count 31:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C.
                  § 2; Distribution or Possession with the Intent to Distribute 5
                  kilograms or more of a mixture or substance containing a detectable
                  amount of cocaine, a Schedule II Controlled Substance and Aiding
                  and Abetting the Same

                  **Count 35:** 18 U.S.C. § 1952(a)(3)(A); Travel in interstate
                  commerce with the intent to promote, manage, establish, carry on,
                  and facilitate the promotion, management, establishment, and
                  carrying on, of an unlawful activity

                  **Count 36:** Title 21 U.S.C. § 843(b) and (d); Use of a
                  Communication Facility in Connection with Drug Trafficking

                  **Count 38:** Title 18, United States Code, Sections 1956(a)(2)(A)
                  and (B)(i); Knowingly and intentionally attempting to transport or
                  transfer funds from a place within the United States to or through a
                  place outside the United States, with the intent to promote the
                  carrying on of specified unlawful activity, specifically conspiracy to
                  distribute and possess with the intent to distribute cocaine

LOCATION OF       Denver County; Denver, Colorado
OFFENSE:

PENALTY:          **Count 1**
                  NLT 10 years,
                  NMT life imprisonment
                  At least 5 years Supervised Release
                  $10,000,000 fine
                  $100 Special Assessment

**Count 31**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Count 35**
NMT 5 years in prison
At least 3 years of supervised release
$250,000.00 fine
$100 Special Assessment

**Count 36**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

**Count 38**
NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

AGENT:          Michael Gutke
                Special Agent, Drug Enforcement Administration

AUTHORIZED      Stephanie Podolak
BY:             Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less; _X__ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.